**Lillian N. Goldstine, Appellee, v.**
**Lee M. Goldstine, Appellant.**

**Gen. No. 47,836.** 

First District, Second Division.
November 24, 1959.
Released for publication January 19, 1960.

 Arthur Abraham and Paul H. Leffmann, for defendant-appellant; Ehrlich and Cohn, and Hoffman and Davis (Maurice L. Davis and Aaron H. Cohn, of counsel) for plaintiff-appellee. Opinion by PRESIDING JUSTICE MURPHY. **Not to be published in full.**